# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### ANDERSON DIVISION

| | |
|---|---|
| Jennifer Johnson and Laurie Seymour, ) | Civil Action No. 8:17-cv-02041-BHH-KFM |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **STIPULATION OF DISMISSAL WITH** |
| ) | **PREJUDICE** |
| JAX, LLC, d/b/a Golden Corral, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Plaintiffs Jennifer Johnson and Laurie Seymour filed this action with the good faith belief that their allegations and claims in their complaint were viable; however, following discovery by the parties, it appears that plaintiffs' claims for damages are not viable. Consequently, the parties, through their undersigned counsel, hereby stipulate that all claims asserted in this action are VOLUNTARILY DISMISSED WITH PREJUDICE, with each party to bear their own costs and attorneys' fees.

This 10th day of July, 2018.

| | |
|---|---|
| s/ Jeremy R. Summerlin | s/ Amanda C. Williams |
| Jeremy R. Summerlin, Esq. (Fed. ID: 11827) | Amanda C. Williams, Esq. (Fed. ID: 10218) |
| Email: jsummerlin@hortonlawfirm.net | Email: amandawilliams@parkerpoe.com |
| W. Andrew Arnold, Esq. (Fed. ID: 5947) | PARKER POE ADAMS & BERNSTEIN LLP |
| Email: aarnold@hortonlawfirm.net | 200 Meeting Street, Suite 301 |
| THE HORTON LAW FIRM, P.A. | Charleston, South Carolina 29401 |
| 307 Pettigru Street | Phone: 843-727-2650 |
| Greenville, SC 29601 | Fax: 843-727-2680 |
| Phone: 864-233-4351 | |
| Fax: 864-233-7142 | ATTORNEY FOR DEFENDANT |
| | |
| ATTORNEYS FOR PLAINTIFFS | |

PPAB 4280916v4